IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARSHELLE S., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:22-cv-00080-CMR <br><br><br> JUDGMENT <br><br><br> Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is AFFIRMED.

DATED this 24 March 2023.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah