IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARSHELLE S., <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN J. O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | Court No. 2:22-cv-00080-CMR <br><br><br> JUDGMENT <br><br><br> Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That pursuant to sentence four for 42 U.S.C. § 405(g), the court enters judgment REVERSING the Commissioner's decision and REMANDING this case for further administrative proceedings.

DATED this 12 April 2024.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah